

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00554-CV

**COMPLEX REHAB TECHNOLOGIES, LLC**,
Appellant

v.

Tomas **MOLINA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23933
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

Sitting:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellee filed a motion requesting this court order the parties to mediate their dispute. Appellant filed a written response objecting to mediation. Appellee's request to order mediation is DENIED.

It is so **ORDERED** January 28, 2022.

**PER CURIAM**

ATTESTED TO:_____
           MICHAEL A. CRUZ,
           CLERK OF COURT